**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In re: | CHOLOWICZ, ANDREW | § | Case No. 10-49730 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on **02/01/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/31/2012    By:    /s/ Ilene F. Goldstein
                                                                                                            Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: CHOLOWICZ, ANDREW | § | Case No. 10-49730 |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 32,000.00 |
| *and approved disbursements of* | $ 359.89 |
| *leaving a balance on hand of* [1] | $ 31,640.11 |
| **Balance on hand:** | $ 31,640.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 31,640.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,950.00 | 0.00 | 3,950.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,030.00 | 0.00 | 2,030.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 69.00 | 0.00 | 69.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,049.00 |
| Remaining balance: | $ 25,591.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 25,591.11 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 25,591.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,214,341.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 18,108.64 | 0.00 | 209.28 |
| 2 | CANDICA, LLC | 5,704.62 | 0.00 | 65.93 |
| 3 | Fifth Third Bank | 5,210.09 | 0.00 | 60.21 |
| 4 | Discover Bank | 3,658.30 | 0.00 | 42.28 |
| 5 | Charter One, A Division of RBS Citizens, N.A. | 26,390.00 | 0.00 | 304.99 |
| 6 | West Bend Mutual Insurance Company | 2,150,333.00 | 0.00 | 24,851.36 |
| 7 | Capital One Bank (USA), N.A. | 4,936.86 | 0.00 | 57.06 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 25,591.11 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-49730-ABG
Andrew Cholowicz Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: pgordon     Page 1 of 2     Date Rcvd: Jan 02, 2013
                     Form ID: pdf006     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2013.
```
db           +Andrew Cholowicz,    1045 W Old Mill Rd,    Lake Forest, IL 60045-3749
16387315     +Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
16387316      Barclay Bank,    PO Box 133337,    Philadelphia, PA 19101
19100158      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
16387318     +Charter One,    PO Box 9799,    Providence, RI 02940-9799
16387319     +Charter One Bank,    PO Box 42021,    Providence, RI 02940-2021
16387317     +Charter One, A Division of RBS Citizens, N.A.,    Attn: Courtney Izzo,    443 Jefferson Blvd West,
               Warwick, RI 02886-1321
16387321     +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
19015536     +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
16482019     +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16387322     +JP Morgan Chase,    PO Box 15153,    Wilmington, DE 19886-5153
16387324     +PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
16673859     +West Bend Mutual Insurance Company,    c/o William S Piper, Esq.,    20 N Wacker Dr, Ste 910,
               Chicago, IL 60606-2901
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16387314     +E-mail/Text: bankruptcy@alliantcreditunion.com Jan 03 2013 04:39:23      Alliant Credit Union,
               PO Box 66945,    Chicago, IL 60666-0945
19014494     +E-mail/Text: bncmail@w-legal.com Jan 03 2013 04:34:03      CANDICA, LLC,
               C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16387320     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 03 2013 04:46:06      Discover,    PO Box 6103,
               Carol Stream, IL 60197-6103
19030191     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 03 2013 04:46:06      Discover Bank,
               DB Servicing Corporation,    POB 3025,    New Albany Ohio 43054-3025
                                                                                              TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16387323*    +JP Morgan Chase,    PO Box 15153,    Wilmington, DE 19886-5153
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 04, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: pgordon              Page 2 of 2                   Date Rcvd: Jan 02, 2013
                               Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2012 at the address(es) listed below:

```
              David H Cutler     on behalf of Debtor Andrew   Cholowicz david@cutlerltd.com
              Dennis E. Quaid    on behalf of Defendant Andrew   Cholowicz dquaid@tcfhlaw.com
              Gregory K Stern    on behalf of Defendant Andrew   Cholowicz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Gregory K Stern    on behalf of Debtor Andrew   Cholowicz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Harold E. McKee    on behalf of Plaintiff   West Bend Mutual Insurance Company hmckee@rmp-llc.com
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,  il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,  IL35@ecfcbis.com
              Monica C O'Brien    on behalf of Defendant Andrew   Cholowicz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William S. Piper    on behalf of Plaintiff   West Bend Mutual Insurance Company wpiper@rmp-llc.com,
               isheirok@rmp-llc.com
              William S. Piper    on behalf of Creditor   West Bend Mutual Insurance Company wpiper@rmp-llc.com,
               isheirok@rmp-llc.com
                                                                                             TOTAL: 12
```