UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-49730 |
| Andrew Cholowicz | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

### ORDER ALLOWING FINAL STATUTORY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE ILENE F. GOLDSTEIN

This matter coming to be heard upon the Final Application for Allowance of Statutory Compensation and Reimbursement of Expenses of the Trustee Ilene F. Goldstein, the Trustee having filed an application seeking $3,950.00, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

Trustee, Ilene F. Goldstein, is hereby awarded and the Trustee is directed to pay final statutory compensation in the amount of $3,950.00.

Enter:

Dated: FEB - 1 2013

United States Bankruptcy Judge

**Prepared by:**

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave., Suite 200
Highland Park, Illinois 60035
(847) 926-9595

Rev: 20120501_bko