**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: CHOLOWICZ, ANDREW　　　　　　　　§　Case No. 10-49730
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $632,428.00　　　　　　　　*(without deducting any secured claims)* | Assets Exempt: $7,000.00 |
| Total Distribution to Claimants: $27,690.11 | Claims Discharged Without Payment: $2,186,651.40 |
| Total Expenses of Administration: $4,309.89 | |

　　　3) Total gross receipts of $   32,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $32,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,309.89 | 4,309.89 | 4,309.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,214,341.51 | 2,214,341.51 | 27,690.11 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,218,651.40 | $2,218,651.40 | $32,000.00 |

4) This case was originally filed under Chapter 7 on November 05, 2010. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2013           By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Complaint objecting to Discharge | 1249-000 | 32,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$32,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,950.00 | 3,950.00 | 3,950.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.88 | 69.88 | 69.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 67.55 | 67.55 | 67.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.88 | 60.88 | 60.88 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 71.62 | 71.62 | 71.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.96 | 64.96 | 64.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,309.89 | $4,309.89 | $4,309.89 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | N/A | 18,108.64 | 18,108.64 | 226.45 |
| 2 | CANDICA, LLC | 7100-000 | N/A | 5,704.62 | 5,704.62 | 71.34 |
| 3 | Fifth Third Bank | 7100-000 | N/A | 5,210.09 | 5,210.09 | 65.15 |
| 4 | Discover Bank | 7100-000 | N/A | 3,658.30 | 3,658.30 | 45.75 |
| 5 | Charter One, A Division of RBS Citizens, N.A. | 7100-000 | N/A | 26,390.00 | 26,390.00 | 330.00 |
| 6 | West Bend Mutual Insurance Company | 7100-000 | N/A | 2,150,333.00 | 2,150,333.00 | 26,889.69 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 4,936.86 | 4,936.86 | 61.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,214,341.51 | $2,214,341.51 | $27,690.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-49730  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** CHOLOWICZ, ANDREW  **Filed (f) or Converted (c):** 11/05/10 (f)
 **§341(a) Meeting Date:** 12/10/10
**Period Ending:** 03/29/13  **Claims Bar Date:** 08/31/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Complaint objecting to Discharge | 0.00 | 0.00 | | 32,000.00 | FA |
| 2  Single family residence 1045 W, Forrest Illinois  Orig. Asset Memo: Imported from original petition Doc# 1 | 625,000.00 | 0.00 | | 0.00 | FA |
| 3  Checking - Glenview State Bank  Orig. Asset Memo: Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 4  Pesonal possessions in home  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 300.00 | | 0.00 | FA |
| 5  Personal clothing  Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 6  Cash value of life insurance  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7  100% interst Terra Nova Consulting Co, LTD. (opt  Orig. Asset Memo: Imported from original petition Doc# 1 | 28.00 | 28.00 | | 0.00 | FA |
| 8  2003 Chevy TrailBlazer  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 100.00 | | 0.00 | FA |
| 8  Assets  Totals (Excluding unknown values) | **$632,428.00** | **$428.00** | | **$32,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: The Trustee filed her Final Report and the Final Hearing on compensation is set for February 1, 2013.
The Trustee expects this case to be closed by April 30, 2013.

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):**   December 31, 2012 (Actual)

Printed: 03/29/2013 01:42 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-49730  
**Case Name:** CHOLOWICZ, ANDREW  

**Taxpayer ID #:** **-***3401  
**Period Ending:** 03/29/13  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******95-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/12 | {1} | Andrew Cholowiicz | Objection to Discharge Settlement | 1249-000 | 32,000.00 | | 32,000.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 31,975.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.88 | 31,905.12 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.55 | 31,837.57 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.88 | 31,776.69 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.62 | 31,705.07 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.96 | 31,640.11 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 31,640.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,000.00 | 32,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 31,640.11 | |
| | | | **Subtotal** | | 32,000.00 | 359.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,000.00** | **$359.89** | |

{} Asset reference(s)

Printed: 03/29/2013 01:42 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-49730 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | CHOLOWICZ, ANDREW | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****707966 - Checking Account |
| Taxpayer ID #: | **-***3401 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/29/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 31,640.11 | | 31,640.11 |
| 02/01/13 | 10101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,950.00, Trustee Compensation; Reference: | 2100-000 | | 3,950.00 | 27,690.11 |
| 02/01/13 | 10102 | Fifth Third Bank | Dividend paid 1.25% on $18,108.64; Claim# 1; Filed: $18,108.64; Reference: | 7100-000 | | 226.45 | 27,463.66 |
| 02/01/13 | 10103 | CANDICA, LLC | Dividend paid 1.25% on $5,704.62; Claim# 2; Filed: $5,704.62; Reference: | 7100-000 | | 71.34 | 27,392.32 |
| 02/01/13 | 10104 | Fifth Third Bank | Dividend paid 1.25% on $5,210.09; Claim# 3; Filed: $5,210.09; Reference: | 7100-000 | | 65.15 | 27,327.17 |
| 02/01/13 | 10105 | Discover Bank | Dividend paid 1.25% on $3,658.30; Claim# 4; Filed: $3,658.30; Reference: | 7100-000 | | 45.75 | 27,281.42 |
| 02/01/13 | 10106 | Charter One, A Division of RBS Citizens, N.A. | Dividend paid 1.25% on $26,390.00; Claim# 5; Filed: $26,390.00; Reference: | 7100-000 | | 330.00 | 26,951.42 |
| 02/01/13 | 10107 | West Bend Mutual Insurance Company | Dividend paid 1.25% on $2,150,333.00; Claim# 6; Filed: $2,150,333.00; Reference: | 7100-000 | | 26,889.69 | 61.73 |
| 02/01/13 | 10108 | Capital One Bank (USA), N.A. | Dividend paid 1.25% on $4,936.86; Claim# 7; Filed: $4,936.86; Reference: | 7100-000 | | 61.73 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 31,640.11 | 31,640.11 | $0.00 |
| Less: Bank Transfers | 31,640.11 | 0.00 | |
| Subtotal | 0.00 | 31,640.11 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $31,640.11 | |

Net Receipts : 32,000.00
Net Estate : $32,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******95-66 | 32,000.00 | 359.89 | 0.00 |
| Checking # ****707966 | 0.00 | 31,640.11 | 0.00 |
| | $32,000.00 | $32,000.00 | $0.00 |

{} Asset reference(s)    Printed: 03/29/2013 01:42 PM    V.13.13